NUMBER 13-09-00356-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ARTHUR RENDON, Appellant,


v.



BROWNSVILLE INDEPENDENT 

SCHOOL DISTRICT SUPERINTENDENT 

HECTOR GONZALES, ET AL., Appellees. 

 ____________________________________________________________


On appeal from the 107th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant, Arthur Rendon, perfected an appeal from a judgment entered by the
107th District Court of Cameron County, Texas, in cause number 2009-01-52-A. Appellant
has filed a motion to dismiss the appeal on grounds that he does not desire to prosecute
his appeal of the case. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 31st day of August, 2009.